# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JO L. LAWSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 04-0825-CV-W-FJG |
| JOHN E. POTTER, Postmaster General, | ) ) ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is plaintiff's Motion to Transfer Venue (Doc. # 11). Plaintiff states that when she was proceeding pro se, she inadvertently filed this action in the Western District of Missouri. However, after retaining counsel, plaintiff realized that her Complaint should have been filed in the District Court of Kansas, as this is where she resides and is employed. Defendant has indicated no opposition to the motion.

28 U.S.C. § 1404(a) states: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Accordingly, for good cause shown and with no opposition indicated, plaintiff's Motion to Transfer Venue is hereby **GRANTED** (Doc. # 11).

Date: August 9, 2005
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge